

# Fourth Court of Appeals
## San Antonio, Texas

March 23, 2022

No. 04-21-00530-CR

Rosemary Lynn **BRYAN,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR5923W
Honorable Ron Rangel, Judge Presiding

# O R D E R

Appellant's brief was originally due by January 26, 2022 and was not filed. We notified appellant's counsel of the deficiency on February 2, 2022. *See* TEX. R. APP. P. 38.8(b)(2). In our notice, we cautioned counsel if we did not receive an adequate response by February 13, 2022, we would abate this appeal to the trial court for an abandonment hearing. *See id.* Counsel did not file a response. Thereafter, on February 28, 2022, we ordered appellant's counsel to file the brief by March 16, 2022. Counsel has not filed either a brief or a motion for extension of time.

Therefore, pursuant to Texas Rule of Appellate Procedure 38.8(b)(2), we abate this case to the trial court and **order** the trial court to conduct a hearing to answer the following questions:

(1) Does appellant desire to prosecute his appeal?

(2) Is appellant indigent?

> (a) If appellant is indigent, the trial court shall take such measures as may be necessary to assure the effective assistance of counsel, which may include the appointment of new counsel.

> (b) If the trial court finds that appellant is not indigent, the trial court should determine whether appellant has made the necessary arrangements for filing a brief.

(3) Has appointed or retained counsel abandoned the appeal? Because initiating contempt proceedings against appellant's counsel may be necessary, the trial court should address this issue even if new counsel is retained or substituted before the date of the hearing. *See* TEX. R. APP. P. 38.8 (b)(4).

The trial court may, in its discretion, receive evidence on the first two questions by sworn affidavit from appellant. The trial court shall, however, order appellant's counsel to be present at the hearing.

We **order** the trial court to file its written findings of fact and conclusions of law with the trial court clerk no later than **April 22, 2022.** We **order** the trial court clerk to file a supplemental clerk's record in this court no later than **May 2, 2022**. We further **order** the court reporter to file in this court a supplemental reporter's record of the hearing, along with copies of any documentary evidence admitted, no later than **twenty days after the date of the hearing**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of March, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court